**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SELECTIVE WAY INSURANCE CO., | |
| Plaintiff, | CIVIL ACTION NO. 3:12-cv-209 |
| v. | (JUDGE CAPUTO) |
| RAVES LANDSCAPING INC., et al., | |
| Defendants. | |

**ORDER**

**NOW**, this 10th day of February, 2012, **IT IS HEREBY ORDERED** that the Plaintiff be given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge